IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH McCOY,

        Plaintiff,                        CV F 04 5954 AWI WMW   P

  vs.                                    ORDER RE MOTION (DOC 14 )

E. ALAMEIDA, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for an order directing service of the complaint.   After he filed his motion, an order was entered, granting plaintiff leave to file an amended complaint.   Plaintiff file a first amended complaint, which is before the court.   Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an order directing service of the complaint is denied as moot.

IT IS SO ORDERED.

**Dated:   March 8, 2006**               /s/  **William M. Wunderlich**
mmkd34                               UNITED STATES MAGISTRATE JUDGE