IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH McCOY,

        Plaintiff,        CV F 04 5954 AWI AWI WMW PC

   vs.               ORDER RE MOTION (DOC 23)

E. ALAMEIDA, et al.,

        Defendants.

On May 12, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file a second amended complaint.  On May 20, 2008, Plaintiff filed a motion for extension of time in which to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a second amended complaint. Should Plaintiff fail to do so, the May 12, 2008, recommendation of dismissal will be submitted to the District Court.

IT IS SO ORDERED.

**Dated:   June 6, 2008**                    **/s/  William M. Wunderlich**
                                   UNITED STATES MAGISTRATE JUDGE