IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND McCOY,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>E. ALAMEIDA, et al.,<br><br>　　　Defendants.<br>_____/ | 1: 04 CV 5954 AWI WMW PC<br><br><br>ORDER RE: FINDINGS &<br>RECOMMENDATIONS (#22)<br><br>ORDER DISMISSING ACTION |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On May 12, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. The recommendation is based upon Plaintiff's failure to file an amended complaint in compliance with the April 10, 2008, order dismissing the operative pleading and granting Plaintiff leave to file an amended complaint. On June 9, 2008, Plaintiff was granted a thirty day extension of time to file an amended complaint. Plaintiff was specifically cautioned that if he failed to file an amended complaint within thirty days of June 9, 2008, the recommendation of dismissal would

1

be submitted to the District Court. Plaintiff has not filed an amended complaint, or any other response to the order of June 9, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 12, 2008, are adopted in full; and

2. This action is dismissed for failure to state a claim upon which relief can be granted. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   August 15, 2008**            /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE